IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

De'ANDRE GRAY                                                                               PLAINTIFF

V.                                    CASE NO. 6:17-CV-06020

SHERIFF MIKE CASH; KENNETH
FANE; DEPUTY MAHER                                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 12, 2017, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Ford recommends that Plaintiff's Complaint be dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a).

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts Judge Ford's Report and Recommendation *in toto*. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of May, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge